AO 91 (Rev. 11/11) Criminal Complaint



AUSA Shy Jackson (312) 866-1317

FILED
11/30/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMARI HODGE,
      also known as "Hypnotic,"
      also known as "Miracle"

CASE NUMBER:    21CR722

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 18 2021, at Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly employed and used a minor, namely Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

s/Michael Barker (with permission BWJ)

MICHAEL BARKER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 30, 2021

*Judge's signature*

City and state: Chicago, Illinois

BETH W. JANTZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, MICHAEL BARKER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately 2008.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to sex trafficking, sexual exploitation of children and child pornography.

3. This affidavit is submitted in support of a criminal complaint alleging that JAMARI HODGE, also known as Hypnotic and Miracle, has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HODGE with the sexual exploitation of a child, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements in this affidavit are based on my personal knowledge, on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts, my training and experience, and the training and experience of other law enforcement with whom I have spoken.

## I.    FACTS SUPPORTING PROBABLE CAUSE

5.    On November 9, 2021, Minor A, a 13-year-old female from Illinois was reported missing by her mother to local law enforcement.

6.    On November 25, 2021, Lansing Police Department received information that Minor A was located at Hotel A in Lansing, Illinois.[1] Law enforcement responded to Hotel A and located Minor A in room 305 along with JAMARI HODGE, a 26-year-old adult female. According to information obtained from the Lansing Police Department and Hotel A records, JAMARI HODGE rented room 305 at Hotel A on November 23, 2021. According to Hotel A's records, HODGE paid approximately $70 a night to rent the hotel room.

7.    During a search of HODGE's hotel room, law enforcement recovered a notebook inside room 305 that, based on my training and experience, appeared to contain, among other things, information detailing commercial sex appointments, commercial sex customer contact information, and prices associated with commercial sex meetings. The notebook also contains a handwritten note that stated: "Post me + Cherish[.] TAKE ALL THE MONEY!!!" Law enforcement also found red lingerie, similar to the red lingerie discussed below, in the hotel room, along with condoms.

---

[1] According to local law enforcement, Individual A, who is Minor A's sister, was contacted online by Minor A. According to local law enforcement, Minor A told Individual A that she was at Hotel A and wanted to leave. Individual A contacted law enforcement and relayed the details of Minor A's location and request for help.

8.     On November 26, 2021, Minor A was interviewed by a trained child forensic interviewer.[2] In summary, during the interview, Minor A stated that an individual she knew as "Miracle"[3] trafficked her by taking Minor A to hotels in Illinois for purposes of Minor A engaging in commercial sex acts with customers. Among other things and in summary, Minor A provided the following information during her forensic interview:

a.     While at HODGE's home, which she identified as located in Oak Forest, HODGE used HODGE's dark blue cell phone to take sexually explicit photographs of Minor A which photographs were later used in the commercial sex advertisements posted by HODGE[4];

b.     HODGE gave Minor A red lingerie to wear in the photographs, which Minor A described as "naked" pictures;

c.     The photographs HODGE took were taken on a bed in HODGE's home;

---

[2] According to Individual B, who is Minor A's guardian, on or about November 28, 2021, Minor A was reported missing again.

[3] During the interview, Minor A identified two photographs of an individual who she knew as "Miracle." Based on my participation in this investigation, information I have obtained from other law enforcement, and my familiarity with HODGE's appearance, I know that the individual identified by Minor A in the two photographs is HODGE. During the forensic interview, Minor A referred to HODGE as "Miracle."

[4] Law enforcement recovered a dark blue Motorola cell phone from HODGE at the time of HODGE's arrest. I know from my training and experience that Motorola cell phones are manufactured outside Illinois.

d.     HODGE posted the sexually explicit photographs of Minor A online, after which customers called HODGE to arrange commercial sex meetings with Minor A and HODGE;

e.     While engaging in commercial sex work on behalf of HODGE, HODGE set the prices customers would pay for commercial sex encounters with Minor A;

f.     Customers paid HODGE via cash or an electronic cash transfer application, and HODGE gave some of the money HODGE and Minor A made from the commercial sex acts to HODGE's boyfriend/husband, who was incarcerated, by putting the money on his "books"; and

g.     In connection with commercial sex trafficking, HODGE used the name "Hypnotic" and Minor A used the name "Cherish."

9.     As part of its investigation into Minor A's trafficking, law enforcement identified advertisements posted to Website A, which contain at least four photographs of Minor A.[5] In the photographs, Minor A appears to be lying on a bed. In the photographs, Minor A is wearing red lingerie and, in some of the photographs, her genitals are exposed.[6] For example, in one of the photographs, Minor A is leaning

---

[5] Minor A was identified as appearing in these photographs based on, among other things: (a) Minor A identifying herself in approximately two of the photographs during her forensic interview; and (b) law enforcement's familiarity with Minor A's appearance.

[6] Based on my training and experience, I believe that two of the photographs posted of Minor A qualify as child pornography. Law enforcement obtained these two child pornography images depicting Minor A from Website A.

back on a bed, she is wearing a red lace bra, her tongue is sticking out and her legs are spread, exposing her bare vagina.

10.     Portions of one of the Website A advertisements containing two of the above-referenced photographs of Minor A, which advertisement appears to have been posted between on or about November 18, 2021 at approximately 6:23 p.m. and on or about November 19, 2021 at approximately 2:38 a.m., are contained below. The advertisement also contains two photographs of HODGE. During her forensic interview, this advertisement was shown to Minor A, who identified herself in two of the photographs and the individual who she knew as "Miracle" in the other two photographs.



11.    Based on my training and experience, and my participation in this investigation, I am aware that Website A is a webpage that is commonly used to promote and advertise commercial sex.

## II.    CONCLUSION

12.    Based on the above information, I submit there exists probable cause to believe that JAMARI HODGE, also known as "Hypnotic" and "Miracle," knowingly employed and used a minor, namely Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means

FURTHER AFFIANT SAYETH NOT.

 s/ Michael Barker (with permission BWJ)

MICHAEL BARKER
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone November 30, 2021.

Honorable BETH W. JANTZ
United States Magistrate Judge